O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-5543 AHM (CTx) | Date | February 11, 2010 |
|---|---|---|---|
| Title | GREGORY C. KRUG v. UNITED STATES OF AMERICA | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: |
|---|---|

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

In light of Plaintiff's response to the Court's Order to Show Cause re Dismissal for Lack of Prosecution, the Court VACATES its previous dismissal of the case and extends by 30 days Plaintiff's time to serve his Complaint on the defendant. Failure to file proof of service of summons and complaint within 35 days of this Order could result in dismissal of the case.

|  | : |
|---|---|
| Initials of Preparer | SMO |

**JS-5**