UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GREGORY C. KRUG, | ) | CV09-5543-AHM (CTx) |
| | ) | |
| Plaintiff(s), | ) | ORDER OF DISMISSAL FOR FAILURE TO PROSECUTE |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

On January 13, 2010, the Court ordered plaintiff to show cause in writing why the above-entitled action should not be dismissed as to all remaining defendants for lack of prosecution. On February 12, 2010, the Court vacated its previous dismissal of the case and extended by 30 days plaintiff's time to serve his complaint on the defendant. Plaintiff was also advised that failure to file proof of service of summons and complaint within 35 days of that order could result in dismissal of his case. To date, plaintiff has not complied with this order.

/ / /

/ / /

1  Accordingly, good cause appearing therefor, the Court hereby DISMISSES this
2  action pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute and
3  failure to obey an order of this Court.  The Clerk of the Court is directed to close the
4  file.
5      IT IS SO ORDERED.
6  Dated: March 25, 2010

**JS-6**

A. HOWARD MATZ
United States District Judge