# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-5543 AHM (CTx) | Date | July 6, 2011 |
|---|---|---|---|
| Title | GREGORY C. KRUG v. UNITED STATES OF AMERICA | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: | |

**Proceedings:** IN CHAMBERS (No Proceedings Held)

    The Court hereby vacates its previously-entered Order of Dismissal for Failure to Prosecute[1] and re-opens this case. The Court ORDERS the Clerk to send a copy of the docket to Plaintiff and to provide information to Plaintiff as to how he can access the docket in the future.

:

Initials of Preparer     SMO

**JS-5**

---

[1] Dkt. 9.

(CTx), CLOSED, DISCOVERY

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)
# CIVIL DOCKET FOR CASE #: 2:09-cv-05543-AHM -CT

| | |
|---|---|
| Gregory C. Krug v. United States of America | Date Filed: 07/29/2009 |
| Assigned to: Judge A. Howard Matz | Date Terminated: 03/25/2010 |
| Referred to: Magistrate Judge Carolyn Turchin | Jury Demand: None |
| Cause: 28:1346 Tort Claim | Nature of Suit: 890 Other Statutory Actions |
| | Jurisdiction: U.S. Government Defendant |

**Plaintiff**

| | | |
|---|---|---|
| **Gregory Charles Krug** | represented by | **Gregory Charles Krug**<br>REG 15503-075<br>WILLIAMSBURG FEDERAL CORRECTIONAL INSTITUTION<br>Inmate Mail/Parcels<br>P.O. BOX 340<br>SALTERS, SC 29590<br>PRO SE |

V.

**Defendant**

**United States of America**

| Date Filed | # | Docket Text |
|---|---|---|
| 07/29/2009 | | LODGED COMPLAINT sought to be filed by Plaintiff |

|            |   | Gregory C. Krug. (ghap) (Entered: 07/31/2009) |
|------------|---|---|
| 07/29/2009 | 1 | NOTICE RE: DISCREPANCIES WITH LODGING OF COMPLAINT mailed to plaintiff Gregory C. Krug. Upon submission of your complaint it was noted that you did not pay the appropriate filing fee. If you are unable to pay the entire filing fee at this time, you must sign and complete the CV60p form attached. If you do not respond within 30 days of the date of this letter your action will be dismissed. Re Lodged Complaint (Attachments: # 1 Lodged Complaint) (ghap) (Entered: 07/31/2009) |
| 08/27/2009 | 2 | COMPLAINT against Defendant United States of America. (Filing fee $ 350 PAID.), filed by Plaintiff Gregory C. Krug. (et) (Additional attachment(s) added on 1/22/2010: # 1 Alias Summons) (esa). (Entered: 08/28/2009) |
| 08/27/2009 |   | 60 DAY Summons Issued re Complaint - (Discovery) 2 as to Defendant United States of America. (et) (Entered: 08/28/2009) |
| 08/31/2009 | 3 | INITIAL ORDER by Judge A. Howard Matz (se) (Entered: 08/31/2009) |
| 12/21/2009 | 4 | Letter by Gregory C Krug re address of record to each cas's docket to address c/o 3975 Roswell Road, N.E., Atlanta, GA 30342-4117. Filed by plaintiff Gregory C. Krug. (jp) (Entered: 12/22/2009) |
| 01/13/2010 | 5 | MINUTES IN CHAMBERS re: Order to Show Cause re Dismissal for Lack of Prosecution by Judge A. Howard Matz: The file in this case lacks the papers that would show it is being timely prosecuted, as reflected below. Accordingly, the Court, on its own motion, hereby orders plaintiff(s) to show cause in writing no later than by 1/27/2010 why this action should not be dismissed as to all remaining defendants for lack of prosecution. As an alternative to a written response by plaintiff(s), the Court will accept one of the following, if it is filed on or before |

| | | |
|---|---|---|
| | | the above date, as evidence that the matter is being prosecuted diligently: Proof of service of summons and complaint (applicable for defendant(s) who have not been served); In cases removed from State Court, responsive pleadings filed by all defendants; Request for entry of default by plaintiff(s) (applicable where defendants have been served but not answered); Motion for default judgment or request for clerk to enter default judgment. The Order will stand submitted upon the filing of a responsive pleading or motion on or before the date upon which a response by plaintiff(s) is due. (jp) (Entered: 01/13/2010) |
| 01/20/2010 | | ALIAS SUMMONS issued as to Defendant United States of America (esa) (Entered: 01/22/2010) |
| 02/04/2010 | 6 | ORDER DISMISSING CASE by Judge A. Howard Matz. (Made JS-6. Case Terminated.) (kbr) (Entered: 02/04/2010) |
| 02/11/2010 | 7 | Plaintiff's RESPONSE filed by Plaintiff Gregory C. Krug to Minutes of In Chambers Order to Show Cause re Dismissal for Lack of Prosecution 5 . (se) (Entered: 02/11/2010) |
| 02/12/2010 | 8 | MINUTES IN CHAMBERS by Judge A. Howard Matz: In light of Plaintiff's response to the Courts Order to Show Cause re Dismissal for Lack of Prosecution 6 , the Court VACATES its previous dismissal of the case and extends by 30 days Plaintiff's time to serve his Complaint on the defendant. Failure to file proof of service of summons and complaint within 35 days of this Order could result in dismissal of the case. (Case reopened. MD JS-5.) (jp) (Entered: 02/12/2010) |
| 03/25/2010 | 9 | ORDER OF DISMISSAL FOR FAILURE TO PROSECUTE by Judge A. Howard Matz. On 1/13/2010, the Court ordered plaintiff to show cause in writing whythe above-entitled action should not be dismissed as to all remaining defendants for lack of prosecution. On |

| | | |
|---|---|---|
| | | On 2/12/2010, the Court vacated its previous dismissal of the case and extended by 30 days plaintiff's time to serve his complaint on the defendant. Plaintiff was also advised that failure to file proof of service of summons and complaint within 35 days of that order could result in dismissal of his case. To date, plaintiff has not complied with this order. Accordingly, good cause appearing therefor, that the Court hereby DISMISSES this action pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute and failure to obey an order of this Court. The Clerk of the Court is directed to close the file. (Case Terminated. Made JS-6.) (jp) (Entered: 03/26/2010) |
| 04/14/2010 | 10 | NOTICE OF DISCREPANCY AND ORDER: by Judge A. Howard Matz, ORDERING Motion to Reconsider submitted by Plaintiff Gregory C. Krug received on 4/12/10 is not to be filed but instead rejected. Denial based on: No copy for judge; written notice untimely; no proof of service attached. (se) (Entered: 04/15/2010) |
| 09/09/2010 | 11 | RESPONSE filed by Plaintiff Gregory C. Krug to Notice of Document Discrepancies and Order - Rejecting, 10 . (se) (Entered: 09/09/2010) |
| 05/26/2011 | 12 | MOTION for (1) the Court issue an Order with respect to the (Response to the Court's (doc 10) Notice of Document Discrepancies), and the Clerk send a copy of the docket this matter and amend its records to reflect the address filed by plaintiff Gregory Charles Krug. (jp) (Entered: 05/31/2011) |
| 06/01/2011 | 13 | MINUTE ORDER IN CHAMBERS by Judge A. Howard Matz. The court conditionally grants plaintiff's request to re-open the case. Plaintiff shall file documents by not later than June 29, 2011. If he fails to do so, this case will again be dismissed for failure to prosecute. (kbr) (Entered: 06/01/2011) |
| 06/21/2011 | 14 | RESPONSE filed by Plaintiff Gregory Charles Krug to Minutes of In Chambers Order 13 . (se) (Entered: |

| | | 06/22/2011) |
|---|---|---|

🏠 Home    ⬅ Back to List

United States District Court, Central District of California

# Records

| Subject: | Section: | Last Updated: |
|---|---|---|
| **Records** | **Viewing and Retrieving Court Records** | **02/08/2010** |

## Table of Contents

- Viewing Case Files, Dockets, Transcripts or Obtaining Court Certified Documents, Correspondence Procedures
- Obtaining Uncertified Copies of Court Documents
- PACER
- Reviewing Files at the Federal Records Center (FRC)

### VIEWING CASE FILES, DOCKETS, TRANSCRIPTS, OR OBTAINING COURT CERTIFIED DOCUMENTS CORRESPONDENCE PROCEDURES

For information on viewing case files, dockets, transcripts, depositions, or exhibits; obtaining certified, exemplified, or apostille copies of documents; and correspondence procedures, please contact the appropriate divisional office.

To determine the location of the court where the case file is held, please note the prefix of the case number on the following examples (see note below regarding transferred cases):

| Case Number | Type of Case | Case File Location |
|---|---|---|
| CV 09-1234 | Civil | Los Angeles |
| CR 09-123 | Criminal | Los Angeles |
| SACV 09-111 | Civil | Santa Ana |
| SACR 09-111 | Criminal | Santa Ana |
| EDCV 09-222 | Civil | Riverside |
| EDCR 09-222 | Criminal | Riverside |

NOTE: Case files, dockets, or transcripts for criminal and civil cases (except non-capital habeas corpus petitions, pro se civil rights cases, social security cases, bankruptcy cases, and other matters referred to a magistrate judge) transferred between divisions after January 1, 2005 are available at the division where the assigned district judge is located.

### Los Angeles cases: Western Division

United States District Court
Records Department / Correspondence Clerk
312 North Spring Street, Suite G-8
Los Angeles, CA 90012
213-894-3863
records_cacd@cacd.uscourts.gov

### Santa Ana cases: Southern Division

Ronald Reagan Federal Building & U.S. Courthouse
Clerk's Office / Records Department
411 West Fourth Street, Room 1053
Santa Ana, CA 92701-4516
714-338-4746

Riverside cases: Eastern Division
Clerk's Office / Records Department
3470 12th Street, Room 134
Riverside, CA 92501
951-328-4450

Office hours are from 10:00 a.m. to 4:00 p.m., Monday through Friday, with the exception of federal holidays.

All requests for certified copies must include the case number and specific item number of the document, obtained from the docket sheet. Please provide your name and contact information.

Payments that do not follow the court's guidelines will be returned unprocessed. Please do not submit any fees without first contacting the appropriate divisional office for complete remittance instructions.

## OBTAINING UNCERTIFIED COPIES OF COURT DOCUMENTS

For information on receiving uncertified copies of documents, please contact the on-site photocopy service for the appropriate division:

Los Angeles: Western Division
ABC Scanning
312 N. Spring Street, Room G-7A
Los Angeles, CA 90012
(213) 253-9413
(213) 253-9414 FAX

Santa Ana: Southern Division
Clerk's Office / Records Department
411 West Fourth Street, Room 1053
Santa Ana, CA 92701
714-338-4746

Riverside: Eastern Division
Clerk's Office / Records Department
3470 12th Street, Room 134
Riverside, CA 92501
(951) 328-4470

## PACER

You may also take advantage of the "Public Access to Court Electronic Records" or PACER service. This on-line service allows you to retrieve electronic docket information without having to leave your office or home. You can search for a civil, criminal or magistrate case by participant name or case number, and once you access the case the docket information can be downloaded to your computer for review or printing.

Images of scanned civil and criminal judgments and orders are also available. The PACER service is available 24 hours a day, including weekends.

For further information, please contact:
PACER Service Center
Post Office Box 780549
San Antonio, TX 78278
(800) 676-6856

### REVIEWING FILES AT THE FEDERAL RECORDS CENTER (FRC)

Files for cases which have been closed for two years or more and are not pending appeal are maintained at the Feral Records Center (FRC).

You are able to request certified or uncertified photocopies of selected documents or the entire case file directly from FRC. You may also schedule an appointment to view the file.

Please contact FRC as follows for more information and the required forms:
Telephone: (951) 956-2000
On-line: http://www.archives.gov/facilities/ca/perris/factsheet.html

You will need to provide the accession, location and box numbers to FRC for file retrieval. This information my be obtained from the court's NARA web site. If there are no search results, please contact the appropriate divisional office:

Los Angeles: Western Division
(213) 894-3863
records_cacd@cacd.uscourts.gov

Santa Ana: Southern Division
(714) 338-4785

Riverside: Eastern Division
(951) 328-4450

### REVIEWING FILES AT THE NATIONAL ARCHIVES AND RECORDS ADMINISTRATION (NARA)

For information on cases from 1969 and earlier, you will need to contact the National Archives and Records Administration at 949-360-3426.